# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2017

155379 & (92)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

RIC-MAN CONSTRUCTION, INC.,
      Plaintiff/Counterdefendant-
      Appellant/Cross-Appellee,

v

          SC: 155379
          COA: 329159
          Wayne CC: 11-011315-CZ

NEYER, TISEO & HINDO LTD. d/b/a
NTH CONSULTANTS, LTD.,
      Defendant/Counterplaintiff-
      Appellee/Cross-Appellant.

_____/

On order of the Court, the application for leave to appeal the January 17, 2017 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2017



Clerk

a1213